FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 NOV -4 PM 3:10
CLERK_____
SO. DIST OF GA.

# United States District Court
## Southern District of Georgia

JACQUELYN McCRORY MANUEL
a/k/a SAUDA BAHATI and UCHEFUNA N. SCIE,
_____
Plaintiffs,

v.

SHARP TRANSPORT, INC., WILLIAM ACKER
and ARCH INSURANCE CO.,
_____
Defendants

Case No. CV 319-077

Appearing on behalf of

Plaintiffs
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner**'s request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 4th day of Nov, 2019.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: RICHARD RANDOLPH EDWARDS, III

Business Address: COCHRAN & EDWARDS
Firm/Business Name

2950 Atlanta Road
Street Address

Smyrna, GA  30080
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

770-435-2131                     241525
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: randy@cochranedwardslaw.com