IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JACQUELYN MCCRORY MANUEL, also Known as Sauda Bahati, and UCHEFUNA N. SCIE, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 319-077 |
| SHARP TRANSPORT, INC.; WILLIAM ACKER; and ARCH INSURANCE CO., | * * * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. No. 37.) Plaintiffs and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE